83 A.3d 386

**James LAMBERT**

v.

**STATE of Maryland.**

**No. 47, Sept. Term, 2013.**

Court of Appeals of Maryland.

Jan. 13, 2014.

Howard R. Cheris (Philip H. Armstrong, Armstrong and Cheris, Chtd., Rockville, MD), on brief, for Petitioner.

Susannah E. Prucka, Asst. Atty. Gen. (Douglas F. Gansler, Attorney General of Maryland, Baltimore, MD), on brief, for Respondent.

Argued before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD and DALE R. CATHELL (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 13th day of January, 2014,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed as moot.